### AFFIDAVIT OF SPECIAL AGENT TIMOTHY TABER IN SUPPORT OF APPLICATIONS FOR A CRIMINAL COMPLAINT

I, Timothy Taber, having been sworn, state:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been so employed since May 2018.  I have received formal training in conducting criminal investigations at the Federal Law Enforcement Training Center in Glynco, Georgia.  Prior to becoming a Special Agent with HSI, I was an Intelligence Analyst with the Federal Bureau of Investigation for approximately ten years, where I participated in a variety of investigations including violent gangs and drug trafficking.  In 2005, I graduated from Northeastern University with a bachelor's degree in criminal justice and from Suffolk University in 2006 with a master's degree in criminal justice.

2.      I am currently assigned to the HSI New England Document and Benefit Fraud Task Force, a specialized field investigative group comprised of personnel from various state, local, and federal agencies with expertise in detecting, deterring, and disrupting organizations and individuals involved in various types of document, identity, financial, and benefit fraud schemes.  As part of this task force, I am responsible for conducting investigations involving, but not limited to, the manufacturing, counterfeiting, alteration, sale, and use of identity documents and other fraudulent documents to evade law enforcement or for other criminal activity.   Due to my training and experience, as well as conversations with other law enforcement officers, I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and people who fraudulently obtain or assume false identities.

3.      I have participated in various aspects of investigations into the use and manufacture

of fraudulent documents, including conducting physical surveillance, surveillance of controlled purchases involving undercover agents and/or cooperating witnesses, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses.

## PURPOSE OF AFFIDAVIT

4.       I submit this affidavit in support of an application for a criminal complaint charging John Doe with violations of 42 U.S.C. § 408(a)(7)(B), Misuse of a Social Security Number, 18 U.S.C. § 1028A, Aggravated Identity Theft, and 7 U.S.C. § 2024(b), Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits.

5.       As set forth in more detail below, there is probable cause to believe that John Doe unlawfully used the name and SSN of a real person while knowing that these identifiers belonged to a real person.  Among the evidence that John Doe knew that this identity was that of a real person is his successful use of the identity to obtain official government identification documents and benefits.

6.       This affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and federal agents, and my review of records described herein. This affidavit is not intended to set forth all of the information that I have learned during this investigation but includes only the information necessary to establish probable cause for the requested criminal complaint and search warrant.

## Background Information on SNAP

7.       SNAP is a government benefit funded by the American taxpayer. Congress enacted SNAP to "promote the general welfare, to safeguard the health and well-being of the nation's population by raising levels of nutrition among low-income households." 7 U.S.C. § 2011. This

program seeks to enable low-income households to obtain a more nutritious diet by increasing their food purchasing power.

8.      Under the program, eligible households receive food stamps in the form of credits to an electronic benefit card to buy food from retail food stores that participate in SNAP. Food stamp benefits are obligations of the United States and redeemable at face value by the Secretary through the facilities of the Treasury of the United States. 7 U.S.C. § 2024(d). USDA administers SNAP nationally. Individuals or families that are in need of SNAP benefits may apply for assistance through the Massachusetts Department of Transitional Assistance ("DTA").

9.      To qualify for SNAP in Massachusetts, the applicant must be a resident of Massachusetts, meet the financial eligibility requirements, and be a United States citizen or an eligible non-citizen. An applicant for SNAP benefits must also provide proof of their identity; i.e., the applicant must be the person who they claim to be. An applicant must also furnish a Social Security number or provide proof that the applicant has applied for one.

10.     Massachusetts uses the Electronic Benefit Transfer ("EBT") system for SNAP benefits. The EBT system uses plastic debit cards, which are automatically credited with the recipient's appropriate amount of benefits during certain times of each month. To access benefits, the recipient presents the card at an authorized retailer's location. The card is swiped through an electronic terminal device (commonly and hereinafter referred to as an "EBT terminal") which reads coded information on the card's magnetic strip. The transaction amount is deducted from the EBT card's balance and deposited into the retailer's account.

11.     An applicant for SNAP benefits must provide complete and accurate information both at the time of application and on an ongoing basis in order to properly assess initial and continued eligibility for benefits.  All applicants must acknowledge this in the application.  It is

unlawful to knowingly use, transfer, acquire, alter, or possess SNAP benefits in any manner contrary to Title 7 of United States Code or the regulations issued by the USDA.

## **Probable Cause**

12.    The New England DBFTF is currently investigating a group of undocumented persons who are believed to have obtained stolen identities of United States citizens, most of whom reside in Puerto Rico, and used those identities to obtain public benefits that they would not otherwise be eligible to receive, such as Social Security Numbers ("SSN"), SNAP, Supplemental Security Income ("SSI"), MassHealth, and United States passports.

13.    In January 2025, federal agents conducted an analysis of SNAP recipient data to detect identities (names, dates of birth, and Social Security numbers) receiving SNAP benefits in multiple states in the months of December 2024 and March of 2023. It is unlawful for a person to receive SNAP benefits in more than one state in any month.

14.    In December 2024, Massachusetts DTA issued SNAP benefits to at least 495 identities simultaneously receiving SNAP benefits in Puerto Rico.

15.    In December 2024, V.S.R.[1] received SNAP benefits in Massachusetts and Puerto Rico simultaneously. An identity receiving SNAP and other government benefits in more than one state simultaneously is an indicator of identity theft.

16.    According to MA DTA records, on or about October 26, 2015, the individual claiming to be V.S.R. submitted an application for SNAP benefits and included a MA driver's license bearing number Sxxxx1523 as proof of identification. On the application, the applicant represented himself as V.R. with the date of birth xx-xx-1969, and the last four digits of the SSN

---

[1] The identity of victim "V.S.R." is known to the government. To protect the victim's privacy, only the initials "V.S.", "V.R.", and "V.S.R." are used in this affidavit to reflect the variations of the victim's full name.

as 1004. [2]

17.     According to MA DTA, between October 2015 and July 2025, the individual posing as V.R. received $18,434 in SNAP benefits from Massachusetts.

**Use of the Victim V.S.R. Identity at the MA RMV**

18.     On or about October 11, 2022, an individual submitted a written application to renew a driver's license.  On the application, the applicant represented himself as V.S.R. with the date of birth xx-xx-1969 and SSN xxx-xx-1004. The RMV took a photograph of the applicant as part of the driver's license renewal application. The individual purporting to be V.S.R. signed the application under penalty of perjury. As a result of that application, the RMV issued the person purporting to be V.S.R. a driver's license bearing number Sxxxx1523 and the photograph captured on October 11, 2022.[3]  According to MA RMV records, one of the addresses associated with V.S.R.'s RMV account was an address on Calendar Street, Boston, MA 02124.

19.     The investigation has revealed prior MA RMV applications in the same identity submitted in 2012 and 2013. Credentials were also issued in 1999, 2007, and 2017, but corresponding applications were not provided by the MA RMV. New photographs of the man purporting to be V.S.R. were taken as part of each application packet except in 2013 and 2017. All the RMV photographs associated with the V.S.R. identity appear to depict the same person.

---

[2] The SSN and DOB have been partially redacted herein.  The redacted SSN and DOB referenced in the Affidavit are identical unless otherwise noted.

[3] A MA driving credential was first issued to this individual on or about December 20, 1999, when he received a MA ID card.



20.     In 2013, a former RMV employee, Alexander Brewer, was convicted, in this District, for conspiracy to produce false identification documents. From December 2011 through December 2012, Brewer issued MA driver's licenses to individuals who presented legitimate Puerto Rican identity documents, in an identity other than their own, to obtain driver's licenses for the purpose of concealing their true identities. During the investigation, Brewer admitted to issuing a MA driver's license to a man purporting to be V.S.R.

### Passport Fraud

21.     On June 30, 2007, a man appeared in-person at the U.S. Post Office in West Roxbury, Massachusetts, and submitted an application for a U.S. passport. On the application, the man represented himself as V.S.R. with date of birth xx-xx-1969 and SSN was xxx-xx-1004.  The applicant also included a photograph of himself as part of the application (see below).



The applicant submitted the following supporting documents with the application: MA ID card and a birth certificate from Puerto Rico in the name of V.S.R. with a date of birth of xx-xx-

1969.  The individual purporting to be V.S.R. signed the application under penalty of perjury.  After the application was submitted, the Charleston Passport Center sent a letter to the applicant requesting additional proof of identity which went unanswered. On November 2, 2007, the passport office abandoned the application and returned all documents.

22.    The individual in this passport picture appears to be the same individual that obtained a MA driver's license in the V.S.R. identity.

**Interview V.S.R. In Puerto Rico**

23.    On February 20, 2026, SSA OIG Special Agent Xavier Ruiz Rivera interviewed the individual I believe is the true V.S.R., in Puerto Rico.   The true V.S.R. gave a Social Security number ending in 1004 (he gave the same Social Security number repeatedly used by the imposter in MA) and a birthdate that was the same as the birthdate used by the imposter in Massachusetts. He provided the names of his mother, father, and siblings.  The true V.S.R. stated he had never received SNAP/Food Stamp benefits in Massachusetts and never applied for a driver's license or health benefits in Massachusetts.  When shown a Massachusetts driver's license photo of the individual posing as V.S.R. in Massachusetts, the true V.S.R. stated he did not recognize the male in the photo.

24.    I also note that Agent Ruiz Rivera took a photograph of the real V.S.R. during the interview. I compared that photograph with the photograph submitted by the real V.S.R. with his passport application (see paragraph 25 below) and both photographs depict the same person.

25.     On or about April 21, 2023, the person whom I believe to be the real V.S.R., applied for a U.S. passport in Puerto Rico which was not issued.  The passport application was not issued because the imposter V.S.R. had previously submitted a passport application with the same biographical information.  The photographs submitted by the imposter V.S.R. and the true V.S.R.

did not match raising concern at the State Department office that issues passports. The person in this passport picture, which was submitted with the passport application by the real V.S.R., does not depict the individual that attempted to obtain a passport in the V.S.R. identity in MA in 2007.



26.    I have also obtained a record of the Puerto Rico's Driver and Vehicle Information Database ("DAVID") associated with the driver's license of V.S.R. The record indicates that V.S.R. has the date of birth xx-xx-1969 and SSN xxx-xx-1004. The record also contains a photograph of a man whom I believe to be the real V.S.R. I have compared the image in the DAVID record and the photograph taken by Agent Ruiz Rivera during his interview of the real V.S.R. and they depict the same person.

**Mass Health Benefits**

27.    The Medicaid Program is a joint federal-state program that provides health coverage to certain categories of people, including eligible low-income adults, children, pregnant women, the elderly, and people with disabilities. Medicaid is administered by the states, according to federal requirements, and is funded jointly by the states and the federal government. MassHealth is the Medicaid Program in Massachusetts. Providing false material information to obtain health benefits is unlawful. *See, e.g.*, 18 U.S.C. §§ 1035 and 1347.

28.    According to MassHealth records, the individual using the V.S.R. identity in Massachusetts started receiving MassHealth benefits in 2012. Between 2012 and 2025,

approximately $54,931 in MassHealth benefits were received by the individual claiming to be V.S.R.

## Conclusion

29.    Based on all of the foregoing, I submit there is probable cause to believe that, on or about October 11, 2022, John Doe, posing as V.S.R, did knowingly transfer, possess, or use, during and in relation to any felony enumerated in 18 U.S.C. § 1028(A)(c), and without lawful authority, a means of identification of another person, namely, V.S.R., in violation of 18 U.S.C. § 1028A. I further submit there is probable cause to believe that on or about October 11, 2022, John Doe, posing as V.S.R., for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the SSN assigned by the Commissioner of Social Security to his in a passport application, when in fact, such number was not the SSN assigned by the Commissioner of Social Security to him, in violation of 42 U.S.C. § 408(a)(7)(B). Furthermore, I submit there is probable cause that between on or about February 1, 2021, and on or about July 1, 2025, John Doe, posing as V.S.R., illegally acquired and used Supplemental Nutrition Assistance Program ("SNAP") benefits.

Sworn to under the pains and penalties of perjury,

_Timothy Taber_
Special Agent Timothy Taber
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 3rd day of March 2026.

_Judith G. Dein_
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE