# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City**    **Related Case Information:**
**County**    Superseding Ind./ Inf. _____    Case No. _____
    Same Defendant _____    New Defendant _____
    Magistrate Judge Case Number  26-mj-5050-JGD
    Search Warrant Case Number  26-MJ-5051-5052-JGD
    R 20/R 40 from District of _____

**Defendant Information:**    Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Name**  John Doe    **Juvenile:** ☐ Yes ☑ No

    Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____
**Address:** 947 Hyde Park Avenue, Apartment 2, Boston, Massachusetts 02136

**Birth date (Yr only):** UNK    **SSN (last 4#):** _____    **Sex:** Male    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** David G. Tobin    **Bar Number if applicable:** 552558

**Interpreter:** ☑ Yes ☐ No    **List language and/or dialect:** Spanish

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**  947 Hyde Park Avenue, Apartment 2, Boston, Massachusetts 02136

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/3/2026    **Signature of AUSA:** /s/ David G. Tobin

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Doe

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 1 |
| Set 2 | 42 U.S.C. § 408(a)(7)(B) | False Representation of Social Security Number | 2 |
| Set 3 | 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program Benefits | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**